1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  MELANIE L. PROCTOR (CABN 228971)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6730
7       FAX: (415) 436-6748
        melanie.proctor@usdoj.gov
8
   Attorneys for the United States
9
                              UNITED STATES DISTRICT COURT
10
                           NORTHERN DISTRICT OF CALIFORNIA
11
                                      OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) C 14-1905 JSW
                                      )
14 |      Petitioner,                 ) JOINT MOTION TO CONSOLIDATE MOTION
                                      ) HEARINGS  AND ORDER THEREON
15 |   v.                             )
                                      )
16 | SF GREEN CLEAN, LLC,             )
                                      )
17 |      Respondent.                 )
                                      )
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOINT MOTION
C 14-1905 JSW

1  On April 30, 2014, Petitioner United States filed a motion to confirm the arbitration award.
2  ECF 4.  Upon reassignment of the case, Petitioner refiled the motion and noticed July 11, 2014 for a
3  hearing date due to various scheduling issues.  ECF 10.  On May 23, 2014, Respondent SF Green Clean
4  filed a notice and motion to vacate the arbitration award, noticing June 27, 2014 for a hearing.  ECF 17.
5  Counsel for the United States is now available on the earlier date; accordingly, the parties hereby request
6  the Court to consolidate the hearings so that both motions may be heard on June 27, 2014.

Dated: May 27, 2014                               Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney

                                                  /s/Melanie L. Proctor
                                                  MELANIE L. PROCTOR
                                                  Assistant U.S. Attorney

                                                  Attorneys for Petitioner

Dated:  May 27, 2014
                                                  /s/Steven Kent Rose
                                                  STEVEN KENT ROSE
                                                  Attorney for Respondent

### PROPOSED ORDER

   Pursuant to the Joint Motion of the parties, IT IS SO ORDERED.  Petitioner's Motion to Confirm shall be heard on June 27, 2014.

Dated:  May 28, 2014
                                                  _____
                                                  JEFFREY S. WHITE
                                                  United States District Judge

JOINT MOTION
C 14-1905 JSW