IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 14-01905 JSW |
| v. | |
| SF GREEN CLEAN LLC, | **ORDER VACATING HEARING** |
| Defendant. / | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to confirm the arbitration award and the motion to vacate, modify or correct the arbitration award which have been noticed for hearing on Friday, June 27, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: June 20, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE