MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6748
    melanie.proctor@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | C 14-1905 JSW |
| Petitioner, | MOTION FOR ADMINISTRATIVE RELIEF TO STAY THE CASE MANAGEMENT SCHEDULE AND ORDER THEREON |
| v. | |
| SF GREEN CLEAN, LLC, | |
| Respondent. | |

    Petitioner United States ("Petitioner") filed this action on April 24, 2014, which seeks confirmation of an arbitration award into judgment. ECF 1. On May 12, 2014, the action was reassigned and a new case management schedule was issued. ECF 9, 11. Pursuant to that schedule, the parties are to meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than Friday, July 11, 2014; file a joint case management statement by July 25, 2014; and attend a case management conference on August 1, 2014. ECF 11.

    Petitioner has moved to confirm the arbitration award at issue in this action. ECF 10. Respondent SF Green Clean, LLC ("Respondent") has moved to vacate the arbitration award, and filed an answer to Petitioner's Complaint that includes eight counterclaims. ECF 17, 24. Petitioner has moved to dismiss and/or strike the counterclaims, noticing August 15, 2014 for a hearing. ECF 25.

Because the substance of this action may be substantially changed by the outcome of the pending motions before the Court (ECF 10, 24, 25), Petitioner hereby respectfully requests the Court to stay the case management schedule, including the deadline for filing notice of an election for Alternative Dispute Resolution ("ADR"), pursuant to Civ. L.R. 6-1(b) and 7-11.  If any portion of the case survives the motions, undersigned counsel will promptly meet and confer with opposing counsel, and submit a proposed case management schedule to the Court.  Respondent does not object to a stay on ADR, but does object to a stay of discovery.  Pursuant to Civ. L.R. 7-11(b), any opposition to this motion is due no later than four days after the motion is filed.

Dated: July 3, 2014                                    Respectfully submitted,

                                                       MELINDA HAAG
                                                       United States Attorney

                                                       /s/Melanie L. Proctor
                                                       MELANIE L. PROCTOR
                                                       Assistant U.S. Attorney

                                                       Attorneys for Petitioner


**~~PROPOSED~~ ORDER**

   IT IS SO ORDERED.  The Case Management Schedule is hereby STAYED. in its entirety.

Dated:   July 7, 2014

                                                       JEFFREY S. WHITE
                                                       United States District Judge