# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SF GREEN CLEAN, LLC,<br><br>　　　　Respondent.. | Case No. 14-cv-01905 JSW (NC)<br><br>**REPORT AND RECOMMENDATION RE: ENFORCEMENT OF WRIT OF POSSESSION**<br><br>Re: Dkt. Nos. 60, 63 |

On December 3, 2014, this Court held a hearing concerning objections by the United States and SF Green Clean to the undersigned's report and recommendation to issue a writ of possession in favor of the Presidio Trust. The government objected to the undersigned's decision to exclude enforcement of the arbitrator's money damages award from the writ. Dkt. No. 60. SF Green Clean objected to the writ's lack of specificity concerning the pre-move-out inspection, which it argued could result in the Presidio Trust's "evad[ing] the purpose of the inspection . . . ." Dkt. No. 63 at ¶ 4. At the hearing, SF Green Clean also reiterated arguments it made in its motion for an evidentiary hearing, which this Court already denied. *See* Dkt. No. 67 (finding that SF Green Clean seeks to present evidence related to the merits of the district court's order to confirm the award, which is beyond the scope of the district court's referral).

No. 14-cv-01905 JSW (NC)
RECOMMENDATION RE: WRIT
OF POSSESSION

After considering the parties' oral arguments, this Court maintains the position that it does not have the authority to order enforcement of the arbitrator's money judgment; such an action lies outside the scope of the district court's referral, which only asked this Court to issue a report and recommendation concerning the writ of possession. And under California law, which governs here, the writ of possession applies only to real property, not money judgments. Cal. Civ. Proc. Code § 715.010 (governing enforcement by writ of possession of a "judgment for possession of real property"); Cal. Civ. Proc. Code § 715.020 (explaining requirements for execution of "writ of possession of real property"). The government failed to cite any relevant authority that either says money judgments can be enforced by writ of possession or that the undersigned magistrate judge can issue recommendations beyond the scope of the district court's referral.

As to SF Green Clean's objections over clarity, the Court orders the following:

- At the time of the pre-move-out inspection, the Presidio Trust must inform SF Green Clean of (a) what items the Presidio Trust considers fixtures that should be left in place, (b) any repairs or cleaning the Presidio Trust believes are SF Green Clean's responsibility, and (c) what items need to be removed from the property and who is responsible for paying for their removal. *See* Dkt. No. 63 at ¶ 4.
- The pre-move-out inspection must be carried out no later than Friday, December 12, 2014. This deadline may only be extended by further Court order.

Any party may object to this recommendation within fourteen days. Fed. R. Civ. P. 72.

IT IS SO ORDERED.

Date: December 4, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

No. 14-cv-01905 JSW (NC)
RECOMMENDATION RE: WRIT
OF POSSESSION
2